125 A.3d 772

Kevin S. MINES, Petitioner

v.

Honorable Shelia WOODS–SKIPPER, President
Judge, Philadelphia County, Respondent.

No. 116 EM 2015.

Supreme Court of Pennsylvania.

Nov. 13, 2015.

## ORDER

PER CURIAM.

AND NOW, this 13th day of November, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are GRANTED. The Court of Common Pleas of Philadelphia County is DIRECTED to dispose of Petitioner's pending petition within 90 days. The Prothonotary is DIRECTED to strike the name of jurist from the caption.

125 A.3d 772

In re Michael J. SULLIVAN, Judge, Philadelphia
Traffic Court, Philadelphia County.

Appeal of Michael J. Sullivan.

No. 35 EAP 2015.

Supreme Court of Pennsylvania.

Nov. 13, 2015.

## ORDER

PER CURIAM.

AND NOW, this 13th day of November, 2015, the Motion to Withdraw the Appeal without Prejudice is GRANTED, and the Application to Quash is DISMISSED AS MOOT.